# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  NO. 4:11CR00104-001 SWW

BRIAN WARD

### ORDER

Pending before the Court is government's motion to dismiss indictment against defendant Brian Ward.

IT IS SO ORDERED that the government's motion to dismiss indictment [doc #25] against the above-named defendant be **GRANTED**, and the indictment pending against defendant Brian Ward is ***dismissed without prejudice***.

DATED this 15th day of May 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE