# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                              NO. 4:11CR00204-01 JLH

KEVIN SPRINGER                                                                   DEFENDANT

## ORDER

Kevin Springer appeared before the Court on August 23, 2012, for a scheduled hearing on the government's motion to revoke supervised release. Prior to the hearing, the defendant was drug tested by the United States Probation Officer. The results of the test indicated Springer was presumptively positive for cocaine. The defendant was remanded to the custody of the United States Marshal until such time as he tested negative. The Court has now been informed by the United States Probation Officer that defendant's drug test is negative.

IT IS THEREFORE ORDERED that the hearing on the government's motion to revoke supervised release is hereby scheduled to begin on **THURSDAY, AUGUST 30, 2012, at 3:15 p.m.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas to show cause why the term of supervised release previously imposed should not be revoked. Document #4.

IT IS SO ORDERED this 29th day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE