# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                        NO. 4:11CR00104-002 SWW

COREY ROBINSON

### ORDER

Pending before the Court is government's motion to dismiss indictment against defendant Corey Robinson pursuant to Rule 48(a).

IT IS SO ORDERED that the government's motion to dismiss indictment [doc #37] against the above-named defendant be **GRANTED**, and the indictment pending against defendant Corey Robinson is *dismissed without prejudice*.

DATED this 30th day of August 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE